IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN AND MANUFACTURING, INC., | **Old Case No. 1:07cv0412 OWW DLB**  **New Case No. 1:07cv0412 OWW NEW (WMW)**  ORDER DISQUALIFYING MAGISTRATE JUDGE |
| Plaintiff, | |
| vs. | |
| GENERAL WIRE SPRING CO.., | |
| Defendants. | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:07cv0412 OWW NEW (WMW).** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **March 19, 2007**           **/s/ Dennis L. Beck**
9b0hie                                 UNITED STATES MAGISTRATE JUDGE

1