1  ANDREW NELSON, State Bar No. 191113
   EMILY CHEN, State Bar No. 231243
2  WALSWORTH, FRANKLIN, BEVINS &
   McCALL, LLP
3  601 Montgomery Street, Ninth Floor
   San Francisco, California 94111-2612
4  Telephone:   (415) 781-7072
   Facsimile:    (415) 391-6258
5
   Attorneys for Defendant
6  GENERAL WIRE SPRING COMPANY

7
                    **UNITED STATES DISTRICT COURT**
8
                  **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., | )  Case No. CV-F-07-412 OWW/WMW |
| 11              Plaintiff, | )  **STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO** |
| 12              vs. | )  **VISION TECHNOLOGY DESIGN & MANUFACTURING, INC.'S FIRST** |
| 13  GENERAL WIRE SPRING COMPANY, | )  **AMENDED COMPLAINT;** |
| 14              Defendant. | )  **ORDER APPROVING STIPULATION (LOCAL RULE 83-143)** |

15

16      IT IS STIPULATED by and between plaintiff VISION TECHNOLOGY DESIGN &

17  MANUFACTURING, INC. and Defendant GENERAL WIRE SPRING COMPANY, by and

18  through their respective counsel, that GENERAL WIRE SPRING COMPANY shall have and

19  hereby is granted a one week extension of time, including and through August 21, 2007, to file and

20  ///

21  ///

22  ///

23  ///

24

25

26

27

28

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*

                                        -1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO VISION TECHNOLOGY DESIGN &
                 MANUFACTURING, INC.'S FIRST AMENDED COMPLAINT
268034.1

1  serve its answer to VISION TECHNOLOGY DESIGN & MANUFACTURING, INC.'s First

2  Amended Complaint.

3

4  Dated:  August _____, 2007          DOWLING, AARON & KEELER, INC.

5

6                                        By: _____
                                              BENJAMIN E. HALL, ESQ.
7                                             Attorneys for Plaintiff
                                              VISION TECHNOLOGY DESIGN &
8                                             MANUFACTURING, INC.

9

10 Dated:  August _____, 2007          WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP

11

12                                       By: _____
                                              ANDREW NELSON
13                                            Attorneys for Defendant
                                              GENERAL WIRE SPRING COMPANY
14

15

16 IT IS SO ORDERED.

17

18 Dated:  August 21, 2007

19

20                                       /s/ Oliver W. Wanger
                                         THE HON. OLIVER W. WANGER
21                                       UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO VISION TECHNOLOGY DESIGN & MANUFACTURING, INC.'S FIRST AMENDED COMPLAINT

Walsworth,
Franklin,
Bevins &
McCall, LLP
*ATTORNEYS AT LAW*

268034.1

PDF created with pdfFactory trial version www.pdffactory.com