ANDREW NELSON, State Bar No. 191113
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

STEVEN W. ZOFFER
DAVID D. MCKENERY, JR.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
Telephone:  (412) 281-7272
Facsimile:  (412) 392-5367

Attorneys for Defendant
GENERAL WIRE SPRING COMPANY, a Pennsylvania Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation, <br><br> Defendant. | Case No. 1-07-CV-00412 OWW/WMW <br><br> **ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO OBJECT AND OTHERWISE RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

This matter comes before the Court on Defendant General Wire Spring Company's ("General Wire") Application for Extension of Time to Object and Otherwise Respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

For good cause shown, the Court makes the following order:

General Wire may have until, and including, **January 21, 2008** to object and otherwise

///

///

///

---

**Walsworth,**
**Franklin,**
**Bevins &**
**McCall, LLP**
*ATTORNEYS AT LAW*

-1-
Case No.  1-07-CV-00412 OWW/WMW
[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO
348207.1

PDF created with pdfFactory trial version www.pdffactory.com

1  respond to Plaintiff Vision Technology Design & Manufacturing, Inc.'s First Set of Interrogatories
2  and First Set of Requests for Production of Documents.
3  IT IS SO ORDERED.

5  Dated: November 20, 2007

                                /s/ OLIVER W. WANGER
                                THE HON. OLIVER W. WANGER
                                UNITED STATES DISTRICT COURT JUDGE

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*

-2-
Case No. 1-07-CV-00412 OWW/WMW
[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO
348207.1

PDF created with pdfFactory trial version www.pdffactory.com