ANDREW NELSON, State Bar No. 191113
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:   (415) 781-7072
Facsimile:    (415) 391-6258

STEVEN W. ZOFFER
DAVID D. MCKENERY, JR.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone:   (412) 281-7272
Facsimile:    (412) 392-5367

Attorneys for Defendant
GENERAL WIRE SPRING COMPANY, a Pennsylvania
Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation,<br><br>            Defendant. | Case No. 1-07-CV-00412 OWW/WMW<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS OR TRANSFER AND COUNTER-MOTION TO FILE SECOND AMENDED COMPLAINT** |

   IT IS STIPULATED by and between plaintiff VISION TECHNOLOGY DESIGN & MANUFACTURING, INC. ("Vision Tech") and Defendant GENERAL WIRE SPRING COMPANY ("General Wire"), by and through their respective counsel, that the hearing date on General Wire's Motion to Dismiss or Transfer and Vision Tech's Counter-Motion to File a Second Amended Complaint is continued from December 3, 2007 to **February 4, 2008**. A revised briefing schedule is as follows:

   November 30, 2007        Deadline to file and e-serve General Wire's Reply to Opposition to Motion to Dismiss or Transfer and Opposition

PDF created with pdfFactory trial version www.pdffactory.com

to Vision Tech's Counter-Motion to File Second Amended Complaint

December 10, 2007     Deadline to file and e-serve Vision Tech's Reply to Opposition to Counter-Motion to File Second Amended Complaint.

Dated: November ___, 2007     DOWLING, AARON & KEELER, INC.

By: _____
DANIEL O. JAMISON
Attorneys for Plaintiff
VISION TECHNOLOGY DESIGN &
MANUFACTURING, INC.

Dated: November ___, 2007     DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
STEVEN W. ZOFFER
DAVID D. MCKENERY, JR.
Attorneys for Defendant
GENERAL WIRE SPRING COMPANY

IT IS SO ORDERED.

Dated: November 21, 2007

/s/ OLIVER W. WANGER
THE HON. OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW
348314.1
-2-
Case No. 1-07-CV-00412 OWW/WMW
STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS OR TRANSFER AND

PDF created with pdfFactory trial version www.pdffactory.com