1  ANDREW NELSON, State Bar No. 191113
   WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
2  601 Montgomery Street, Ninth Floor
   San Francisco, California 94111-2612
3  Telephone:   (415) 781-7072
   Facsimile:   (415) 391-6258
4
   STEVEN W. ZOFFER
5  DAVID D. MCKENERY, JR.
   DICKIE, McCAMEY & CHILCOTE, P.C.
6  Two PPG Place, Suite 400
   Pittsburgh, PA  15222
7  Telephone:   (412) 281-7272
   Facsimile:   (412) 392-5367
8
   Attorneys for Defendant
9  GENERAL WIRE SPRING COMPANY, a Pennsylvania
   Corporation
10

FILED
NOV 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  VISION TECHNOLOGY DESIGN &          )  Case No. 1-07-CV-00412 OWW/WMW
    MANUFACTURING, INC., a California    )
15  corporation,                         )  **REVISED STIPULATION TO**
                                         )  **CONTINUE HEARING DATE ON**
16              Plaintiff,               )  **MOTION TO DISMISS OR TRANSFER**
                                         )  **AND COUNTER-MOTION TO FILE**
17          vs.                          )  **SECOND AMENDED COMPLAINT**
                                         )
18  GENERAL WIRE SPRING COMPANY, a       )
    Pennsylvania corporation,            )
19                                       )
                Defendant.               )
20  _____ )

21          IT IS STIPULATED by and between plaintiff VISION TECHNOLOGY DESIGN &

22  MANUFACTURING, INC. ("Vision Tech") and Defendant GENERAL WIRE SPRING

23  COMPANY ("General Wire"), by and through their respective counsel, that the hearing date on

24  General Wire's Motion to Dismiss or Transfer and Vision Tech's Counter-Motion to File a Second

25  Amended Complaint is continued from December 3, 2007 to **February 4, 2008**.  A revised briefing

26  schedule is as follows:

27          January 7, 2008              Deadline to file and e-serve General Wire's Reply to
                                         Opposition to Motion to Dismiss or Transfer and Opposition
28

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW
Case No.  1-07-CV-00412 OWW/WMW
REVISED STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS OR TRANSFER AND
349455.1
1565-2.9890

to Vision Tech's Counter-Motion to File Second Amended Complaint

January 28, 2008

Deadline to file and e-serve Vision Tech's Reply to Opposition to Counter-Motion to File Second Amended Complaint.

Dated: November ___, 2007          DOWLING, AARON & KEELER, INC.

By: _____

DANIEL O. JAMISON
Attorneys for Plaintiff
VISION TECHNOLOGY DESIGN &
MANUFACTURING, INC.

Dated: November ___, 2007          DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____

STEVEN W. ZOFFER
DAVID D. MCKENERY, JR.
Attorneys for Defendant
GENERAL WIRE SPRING COMPANY

IT IS SO ORDERED.

Dated: November 29, 2007

THE HON. OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

Case No. 1-07-CV-00412 OWW/WMW
REVISED STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS OR TRANSFER AND
349455.1
1565-2.9890