FRANK J. PAGLIARO, JR. (SBN 47041)
ENRIQUE MARINEZ (SBN 160956)
MATTHEW D. ZUMSTEIN (SBN 201306)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
fpagliaro@rmkb.com
emarinez@rmkb.com
mzumstein@rmkb.com

STEVEN W. ZOFFER
DAVID D. McKENERY, JR.
DICKIE MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
Telephone:  412-392-5492
Facsimile:   412-392-5367
szoffer@dmclaw.com
dmckenery@dmclaw.com

Attorneys for Defendants and Third Party Plaintiffs
GENERAL WIRE SPRING COMPANY, a
Pennsylvania Corporation; ARTHUR SILVERMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation;<br>ARTHUR SILVERMAN,<br><br>    Defendants and<br>    Third-Party Plaintiffs,<br><br>vs.<br><br>JACK FELIX,<br><br>    Third-Party Defendant. | CASE NO.  1:07-CV-00412-OWW-DLB<br><br>**STIPULATION TO AMEND AUGUST 17, 2007 SCHEDULING CONFERENCE ORDER**<br><br>Assigned to:    Hon. Oliver W. Wanger<br>Courtroom:      3<br><br><br>Complaint Filed:  March 14, 2007<br>Trial Date:          December 9, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

AND NOW, come the parties, General Wire Spring and Arthur Silverman and Vision Technology Design & Manufacturing and Jack Felix, by and through their respective undersigned counsel, and submit the within Stipulation to Amend this Honorable Court's August 17, 2007 Scheduling Conference Order:

1. On August 17, 2007, this Court, following an initial scheduling conference, entered a Scheduling Conference Order, a true and correct copy of which is attached hereto, and incorporated herein, as Exhibit A.

2. Since August 17, the parties, in good faith, have proceeded in accordance with that Order.

3. Further, the parties, to date, have not requested any modifications to, or extensions of, that Order.

4. At this juncture, however, the parties, due to their willingness and agreement to mediate this case on or about May 29, 2008, have stipulated to a revised Scheduling Order, the approval of which they currently seek from this Court.

5. The parties have agreed to revise certain pretrial dates related to discovery and motions practice, as set forth below. The proposed dates, for all intents and purposes, represent a sixty (60) day extension.

**Disclosure of Expert Witnesses, including Exchange of Reports**

    Existing Date:    May 30, 2008

    Proposed Date:    **July 29, 2008**

**Non-Expert Discovery Cut-Off**

    Existing Date:    June 20, 2008

    Proposed Date:    **August 19, 2008**

**Expert Discovery Cut-Off**

    Existing Date:    July 30, 2008

    Proposed Date:    **September 26, 2008**

**Non-Dispositive Motion Filing Deadline**

    Existing Date:    August 13, 2008

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5114642.1/CM3      - 2 -      STIPULATION TO AMEND 8/17/2007
SCHEDULING ORDER
CASE NO. 1:07-CV-00412-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| Proposed Date: | **September 10, 2008** |

**Non-Dispositive Motion Hearing Deadline**

|   |   |
|---|---|
| Existing Date: | September 19, 2008 |
| Proposed Date: | **October 17, 2008** |

**Settlement Conference**

|   |   |
|---|---|
| Existing Date: | August 14, 2008 |
| Proposed Date: | **October 14, 2008** |

**Dispositive Motion Filing Deadline**

|   |   |
|---|---|
| Existing Date: | August 29, 2008 |
| Proposed Date: | **September 24, 2008** |

**Dispositive Motion Hearing Deadline**

|   |   |
|---|---|
| Existing Date: | October 6, 2008 |
| Proposed Date: | **October 27, 2008** |

6. Although the parties currently are not seeking continuations of the November 10, 2008 pretrial conference date and the December 9, 2008 trial date, the parties respectfully reserve the right to seek modifications to, and extensions of, those dates, or to object to a party's seeking to modify or extend those dates.

7. Lastly, a hearing relative to Plaintiff and Third-Party Defendant's Motion to Dismiss or Alternative Motion for a More Definite Statement or to Strike currently is scheduled for May 12, 2008. The parties request that this hearing be re-scheduled for this Court's next available motions date, *i.e.*, currently **June 23, 2008** (or the next available date that suits this Court's convenience).

8. The parties submit this Stipulation in good faith and in an effort to postpone the various deadlines that otherwise would arise in the coming weeks as they prepare their cases for the May 29 mediation.

WHEREFORE, the parties, General Wire Spring and Arthur Silverman and Vision Technology Design & Manufacturing and Jack Felix, stipulate to the above revised Scheduling Order and respectfully request that this Honorable Court approve the same.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

PDF created with pdfFactory trial version www.pdffactory.com

**Respectfully submitted,**

DICKIE, McCAMEY & CHILCOTE

By: s/Steven W. Zoffer
Steven W. Zoffer
David D. McKenery, Jr.

ROPERS, MAJESKI, KOHN & BENTLEY

Frank J. Pagliaro, Jr.
Enrique E. Marinez
Matthew D. Zumstein

**Attorneys for Defendants and Third-Party Plaintiffs**

DOWLING, AARON & KEELER

By: s/Daniel O. Jamison
Daniel O. Jamison

**Attorneys for Plaintiff and Third-Party Defendant**

**IT IS SO ORDERED.**

**DATED:** May 8, 2008

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger

RC1/5114642.1/CM3                - 4 -

STIPULATION TO AMEND 8/17/2007
SCHEDULING ORDER
CASE NO. 1:07-CV-00412-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com