Daniel O. Jamison #76880
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
djamison@daklaw.com

Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation; ARTHUR SILVERMAN,<br><br>            Defendants and<br>            Third-Party Plaintiffs,<br><br>vs.<br><br>JACK FELIX,<br><br>            Third Party Defendant. | Case No.  1:07cv0412 OWW NEW (WMW)<br><br>STIPULATION CHANGING CASE SCHEDULE AND ORDER THEREON |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the case schedule may be changed as follows:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Expert Witnesses, including exchange of Reports | July 29, 2008 | December 19, 2008 |
| Supplemental Expert Disclosure and Reports | None | January 12, 2009 |



STIPULATION CHANGING CASE SCHEDULE AND ORDER THEREON

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | August 19, 2008 | January 23, 2009 |
| Expert Discovery Cut-Off | September 26, 2008 | February 13, 2009 |
| Non-Dispositive Motion Filing Deadline | September 10, 2008 | February 20, 2009 |
| Non-Dispositive Motion Hearing Deadline | October 13, 2008 | March 2, 2009 |
| Settlement Conference | October 14, 2008 | October 14, 2008 |
| Dispositive Motion Filing Deadline | September 24, 2008 | February 18, 2009 |
| Dispositive Motion Hearing Deadline | October 27, 2008 | March 17, 2009 |
| Pretrial Conference | November 10, 2008 | April 6, 2009 |
| Trial | December 9, 2008 | June 2, 2009 |

The parties further stipulate and agree that this change in the case schedule is necessitated by the following:  (1) delay occasioned by a so far unsuccessful mediation and the complexity of the case  require more time than the current schedule provides for expert and nonexpert discovery; (2) the parties anticipate returning to settlement negotiations after certain limited discovery is completed and, in the event settlement can be reached, wish to avoid expense that the present case schedule would otherwise require be incurred, and (3) the pleadings are not yet settled in that counterclaimants General Wire Spring Company and Arthur Silverman have not yet served their first amended counterclaim.

SO STIPULATED.

Dated:  _____

DOWLING, AARON & KEELER, INC.

By_____
    Daniel O. Jamison

Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC. and JACK FELIX



Dated: _____

COOPER & HOPPE

By_____
      Theodore W. Hoppe

Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC. and JACK FELIX

Dated: _____

DICKIE, MCCAMEY & CHILCOTE, P.C.

By_____
      Steven W. Zoffer

Attorneys for GENERAL WIRE SPRING COMPANY and ARTHUR SILVERMAN

Dated: _____

ROPERS, MAJESKI, JOHN & BENTLEY

By_____
      Frank J. Pagliaro, Jr.

Attorneys for GENERAL WIRE SPRING COMPANY and ARTHUR SILVERMAN

## **ORDER**

Based on the above stipulation and good cause appearing,

IT IS ORDERED that the Case Schedule be, and the same hereby is, changed as set forth above.

DATED: July 18, 2008

/s/ OLIVER W. WANGER
JUDGE OF THE DISTRICT COURT

F:\wdocs\maindocs\12554\001\00114845.DOC

