1  **Theodore W. Hoppe #138064**
   **Barbara J. Rueger #185338**
2  **HOPPE LAW GROUP**
   *680 W. Shaw Avenue, Suite 207*
3  *Fresno, California 93704*
   *Telephone (559) 241-7070*
4  *Facsimile (559) 241-7212*

5

6  Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California Corporation; and for Counter-Defendant JACK FELIX

7

8

                    **UNITED STATES DISTRICT COURT**

                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California corporation, | **CASE NO: 1:07-CV-00412-OWW-GSA** |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CASE SCHEDULE** |
| vs. | |
| GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation, | |
| Defendant. | |
| GENERAL WIRE SPRING COMPANY, a Pennsylvania, corporation; ARTHUR SILVERMAN, | |
| Defendants, Counterclaim Plaintiffs, and Third-Party, | |
| vs. | |
| JACK FELIX, | |
| Third-Party Defendant. | |

   The parties hereto, by and through the undersigned, hereby stipulate and agree that the case schedule may be changed, as follows:

   ///

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Expert Witnesses, including exchange of reports | December 19, 2008 | March 2, 2009 |
| Supplemental Expert Disclosure and Reports | January 12, 2009 | March 31, 2009 |
| Expert Discovery Cut Off | February 13, 2009 | April 30, 2009 |
| Non-Dispositive Motion Filing Deadline | February 20, 2009 | May 7, 2009 |
| Non-Dipositive Motion Hearing Deadline | March 2, 2009 | May 15, 2009 |
| Dispositive Motion Filing Deadline | February 18, 2009 | May 5, 2009 |
| Dispositive Motion Hearing Deadline | March 17, 2009 | June 1, 2009 |
| Pretrial Conference | April 6, 2009 | June 29, 2009 |
| Trial | June 2, 2009 | August 4, 2009 |

The parties further stipulate and agree that the proposed changes in the case schedule are necessitated by the parties mediation of this case on December 12, 2008, and wish to avoid expenses that may otherwise be incurred based upon the present schedule and the mediation date.

DATED: November 18, 2008                MacKENZIE & BRODY

By:    /s/
Roderick L. MacKenzie
Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California Corporation; and JACK FELIX

DATED: November 18, 2008                HOPPE LAW GROUP

By:    /s/
Theodore W. Hoppe
Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California Corporation; and JACK FELIX

DATED: November 18, 2008                    DICKIE, McCAMEY & CHILCOTE

                                            By:  /s/
                                                 Steven W. Zoffer
                                                 Attorneys for GENERAL WIRE SPRING
                                                 COMPANY and ARTHUR SILVERMAN

DATED: November 18, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

                                            By:  /s/
                                                 Frank J. Pagliaro, Jr.
                                                 Attorneys for GENERAL WIRE SPRING
                                                 COMPANY and ARTHUR SILVERMAN

## ORDER

Based on the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Schedule be, and the same hereby is, amended as set forth above.

IT IS SO ORDERED.

**Dated:   December 5, 2008**                    /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE