**Theodore W. Hoppe #138064**
**Barbara J. Rueger #185338**
**HOPPE LAW GROUP**
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California Corporation; and for Counter-Defendant JACK FELIX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>GENERAL WIRE SPRING COMPANY, a Pennsylvania corporation,<br><br>          Defendant.<br>_____<br>GENERAL WIRE SPRING COMPANY, a Pennsylvania, corporation; ARTHUR SILVERMAN,<br><br>          Defendants, Counterclaim Plaintiffs, and Third-Party,<br><br>vs.<br><br>JACK FELIX,<br><br>          Third-Party Defendant.<br>_____ | **CASE NO: 1:07-CV-00412-OWW-GSA**<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING SCHEDULED FOR JANUARY 26, 2009** |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the Motion to Dismiss filed by GENERAL WIRE SPRING COMPANY and ARTHUR SILVERMAN and scheduled for hearing on January 26, 2009 at 10:00 a.m. in Courtroom 3 may be continued

1  to April 6, 2009 commencing at 10:00 a.m. in Courtroom 3.

2  DATED: January 15, 2009                    HOPPE LAW GROUP

4                                              By:      \s\
                                                    Theodore W. Hoppe
5                                                   Attorneys for VISION TECHNOLOGY
                                                    DESIGN & MANUFACTURING, INC., a
6                                                   California Corporation; and JACK FELIX

9  DATED: January 15, 2009                    DICKIE, McCAMEY & CHILCOTE

11                                             By:      \s\
                                                    Steven W. Zoffer
12                                                  Attorneys for GENERAL WIRE SPRING
                                                    COMPANY and ARTHUR SILVERMAN

15                                    **ORDER**

18  IT IS SO ORDERED.

19  **Dated:   January 15, 2009**              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE