UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION TECHNOLOGY DESIGN & MANUFACTURING, INC., | 1:07-CV-412 OWW DLB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| GENERAL WIRE SPRING COMPANY, ARTHUR SILVERMAN, | |
| Defendants and Third-Party Plaintiffs | |
| JACK FELIX, | |
| Third-Party Defendant | |

Pursuant to the stipulation of dismissal filed pursuant to FRCvP 419(a)(1),

IT IS HEREBY ORDERED that all claims, counterclaims and third-party claims are dismissed with prejudice.

IT IS SO ORDERED.

**Dated:  May 18, 2009**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1